UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN SURPLUS, INC.
Plaintiff,

vs. C.A. No. 05-319S

SJF MATERIAL HANDLING, INC.
Defendant.

FILED
SEP 08
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree that Defendant shall have up to and including September 16, 2005, to respond to the Complaint.

AMERICAN SURPLUS, INC.
By its Attorney,

Harris K. Weiner, Esq. (#3779)
The Law Offices of Jeffrey B. Pine, Esq., PC
321 South Main Street
Suite 302
Providence, RI 02903
Phone: (401) 351-8200
Fax: (401) 351-9032

SJF MATERIAL HANDLING, INC.
By its Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
Phone: (401) 455-0700
Fax: (401) 455-0701