UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN SURPLUS, INC.<br>Plaintiff, | : | |
| vs. | : | C.A. No. 05-319S |
| SJF MATERIAL HANDLING, INC.<br>Defendant. | : | |

**ENTRY OF APPEARANCE**

Craig M. Scott, Esq., Christine K. Bush, Esq. and the law firm of Duffy Sweeney & Scott, LTD hereby enter their appearance as counsel for SJF Material Handling, Inc., and request that all notices and pleadings in connection with this matter be sent to them at the address listed below.

Respectfully submitted,
DUFFY SWEENEY & SCOTT, LTD
Attorneys for SJF Material Handling, Inc.

Craig M. Scott
Christine Bush

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
Phone: (401) 455-0700
Fax: (401) 455-0701

Dated: September 7, 2005

**CERTIFICATE OF SERVICE**

TO: Harris K. Weiner, Esq.
The Law Offices of Jeffrey B. Pine, Esq., PC
321 South Main Street
Suite 302
Providence, RI 02903

I hereby certify that on this 8th day of September, 2005, I caused to be forwarded via First Class Mail a copy of the within *Entry of Appearance* to the above-named counsel of record.

______________________

*SJF Material Handling\Pleadings\Entry of Appearance.DOC*