UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Harris K. Weiner, Esq.

RE: CA 05-319S

American Surplus Inc. v. SJF Material Handling, Inc.

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 12 / 12 / 2005 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

XX 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Document violates Amended General Order 2002-01.

_____ 9. Other:______________________________

ENTER:

[signature]
United States Magistrate Judge

Date: 12/12/05

cc: Counsel of Record

RECEIVED
DEC 12 2005

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN SURPLUS, INC., | ) Case Number: 05-319S |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| SJF MATERIAL HANDLING, INC. | ) |
| Defendant. | ) JURY TRIAL DEMANDED |

## MOTION TO AMEND COMPLAINT

Now comes Plaintiff American Surplus, Inc. to amend its Complaint in the above-referenced action pursuant to Fed. R. Civ. P. 15(a) to correct a statutory reference to 15 U.S.C. § 1117. The Plaintiff's current prayer for relief at paragraph 6 erroneously references 15 U.S.C. § 117(a). Plaintiff's First Amended Complaint is attached hereto.

Respectfully submitted,
Plaintiff American Surplus, Inc.
By its attorney,

Harris K. Weiner, Esq. (#3779)
The Law Offices of Jeffrey B. Pine, Esq. PC
321 South Main St., Suite 302
Providence, RI 02903
Telephone: 401-351-8200
Facsimile: 401-351-9032