**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| AMERICAN SURPLUS, INC., | ) Case Number: 05-319S |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| SJF MATERIAL HANDLING, INC. | ) |
| Defendant. | ) JURY TRIAL DEMANDED |

## MOTION TO AMEND COMPLAINT

Now comes Plaintiff American Surplus, Inc. to amend its Complaint in the above-referenced action pursuant to Fed. R. Civ. P. 15(a) to correct a statutory reference to 15 U.S.C. § 1117. The Plaintiff's current prayer for relief at paragraph 6 erroneously references 15 U.S.C. § 117(a). Plaintiff's First Amended Complaint is attached hereto.

Respectfully submitted,
Plaintiff American Surplus, Inc.
By its attorney,

Harris K. Weiner, Esq. (#3779)
The Law Offices of Jeffrey B. Pine, Esq. PC
321 South Main St., Suite 302
Providence, RI 02903
Telephone: 401-351-8200
Facsimile: 401-351-9032

**CERTIFICATION**

I, the undersigned, hereby certify that on this 16th day of March 2006, I mailed a true copy of the foregoing *Motion to Amend Complaint* to Craig Scott, Esq. Duffy Sweeney & Scott, Ltd One Turks Head Place, Suite 1200, Providence, RI 02903.

Leslie Luciano

Leslie A. Luciano

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| AMERICAN SURPLUS, INC., | ) Case Number: 05-319S |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| SJF MATERIAL HANDLING, INC. | ) |
| Defendant. | ) |

## MEMORANDUM IN SUPPORT OF MOTION TO AMEND COMPLAINT

Now comes Plaintiff American Surplus, Inc. to amend its Complaint in the above-referenced action pursuant to Fed. R. Civ. P. 15(a) to correct a typographical error in a statutory reference to 15 U.S.C. § 1117. The Plaintiff's current prayer for relief at paragraph 6 erroneously references 15 U.S.C. §117 (a). A copy of the proposed First Amended Complaint is attached to the Motion to Amend.

WHEREFORE, Movant American Surplus, Inc. respectfully requests that this Court grant its Motion to Amend its Complaint to correct this typographical error.

Respectfully submitted,
Plaintiff American Surplus, Inc.
By its attorney,

Harris K. Weiner, Esq. (#3779)
The Law Offices of Jeffrey B. Pine, Esq. PC
321 South Main St., Suite 302
Providence, RI 02903
Telephone: 401-351-8200
Facsimile: 401-351-9032

**CERTIFICATION**

I, the undersigned, hereby certify that on this 16th day of March 2006, I mailed a true copy of the foregoing *Memorandum in Support of Motion to Amend Complaint* to Craig Scott, Esq. Duffy Sweeney & Scott, Ltd One Turks Head Place, Suite 1200, Providence, RI 02903.

Leslie Luciano

Leslie A. Luciano