Web News Images Desktop Encarta

american surplus

Search Near Me

+Search Builder Settings Help Español

# Web Results

1-10 of 247,889 containing **american surplus** (0.12 seconds)


Find New, Used Material Handling Equipt estore.sjf.com

Buy direct. Save on material handling equipment when you buy direct from our large inventory of used and refurbished...


## American Science & Surplus: Incredible Stuff at Unbelievable Prices

**American** Science & **Surplus** offers science kits, educational toys, school supplies, arts and crafts items, electronics and much more all at discount closeout ...

www.sciplus.com Cached page 5/9/2005

## American Science & Surplus: Incredible Stuff at Unbelievable Prices

**American** Science & **Surplus** offers science kits, educational toys, school supplies, arts and crafts ite housewares, electronics and much more all at discount closeout ...

www.sciplus.com/index.cfm Cached page 5/9/2005

Show more results from "www.sciplus.com".

## American Surplus - Furniture, Storage Buildings, Wildlife Art Prints

We stock discount furniture, carpet, linoleum, wildlife art prints, a large selection of tools and more! Also bı Montevideo, MN

www.americansurplusonline.com Cached page

## American Surplus, Inc.

... Husky, Slide-N-Lock, D'Altrui, Interlake, Speedrack, Dexco Lok Rack, Sturdibuilt, De **American Surpl** 02816 Toll Free: 866-645-1232 · Local: ...

www.american-surplus.com/used/racks.htm Cached page

## American Surplus, Inc.

... including used battery chargers, used forks and other lift equipment not shown. **American Surplu** 02816 Toll Free: 866-645-1232 · Local: 401-434 ...

www.american-surplus.com/used/lift.htm Cached page

Show more results from "www.american-surplus.com".

## American Surplus Inc. - About Us

**American Surplus** - New & Used Industrial Equipment including used conveyors, mezzanines and racks. warehouse, shop, or industrial equipment. Largest ...

www.americansurplus.com/about.htm Cached page

## American-ArmyNavy- Military Clothing, Boots, Surplus, & Tactical Gear

... Rank Shorts Sleeping Bags Socks Sunglasses Swords **Surplus** boots **Surplus** T Shirts Tents Uniform Reserved to **American**-ArmyNavy 2003

www.american-armynavy.com Cached page

## Recycled Weapons American Exports of Surplus Arms, 1990-1995

... qualitative upgrade, since the new tanks are more effective. In other cases, **American surplus** arms se excess weapons are sent to both ...

www.fas.org/asmp/library/publications/recycle.htm Cached page

**SURPLUS RECORD USED MACHINERY, SURPLUS MACHINERY, MACHINE TOOL**
... of Appraisers and Appraisal Services Subscription: Order copy of the "printed" **Surplus** Record North A & Equipment Directory 20 N. Wacker Drive, Suite 2500 Chicago ...
www.surplusrecord.com Cached page 5/10/2005

**ARMY NAVY SURPLUS MILITARY SUPPLIES and CLOTHING, TENTS, BOOTS, PA**
... army, Navy, camping, hunting, Sporting Goods. Good prices and on-line ordering for **American**, NATO Your Cart | Check Out Items / Last Purchase $0.00 Policies ...
www.americanarmynavy.com Cached page

**Find New, Used Material Handling Equipt** estore.sjf.com
Buy direct. Save on material handling equipment when you buy direct from our large inventory of used and refurbished...

Didn't get the results you expected? Help us improve.

american surplus | Search

Search Home MSN Toolbar About MSN Search Add MSN Search to Your Site

MSN Home My MSN Hotmail Messenger News Headlines Feedback Advertise with Us

© 2005 Microsoft. MSN Privacy

RSS