**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| AMERICAN SURPLUS, INC., | ) Case Number: 05-319S |
| Plaintiff, | ) |
| v. | ) |
| SJF MATERIAL HANDLING, INC. | ) |
| Defendant. | ) JURY TRIAL DEMANDED |

## MOTION TO AMEND COMPLAINT

Now comes Plaintiff American Surplus, Inc. to amend its Complaint in the above-referenced action pursuant to Fed. R. Civ. P. 15(a) to correct a statutory reference to 15 U.S.C. § 1117. The Plaintiff's current prayer for relief at paragraph 6 erroneously references 15 U.S.C. § 117(a). Plaintiff's First Amended Complaint is attached hereto.

Respectfully submitted,
Plaintiff American Surplus, Inc.
By its attorney,

Harris K. Weiner, Esq. (#3779)
The Law Offices of Jeffrey B. Pine, Esq. PC
321 South Main St., Suite 302
Providence, RI 02903
Telephone: 401-351-8200
Facsimile: 401-351-9032

4/24/06