**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICAN SURPLUS, INC.<br>Plaintiff,<br><br>vs.<br><br>SJF MATERIAL HANDLING, INC.<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-319S |

**JOINT MOTION TO EXTEND CERTAIN DEADLINES IN THE PRETRIAL ORDER**

Plaintiff American Surplus, Inc. and defendant SJF Material Handling, Inc. hereby jointly move for Order of this Court extending deadlines in the Court's December 1, 2005 Pretrial Order as follows:

| | |
|---|---|
| **Close of Discovery:** | **July 19, 2006** |
| **Dispositive Motions Due:** | **August 2, 2006** |
| **Pretrial Memoranda:** | **30 days after a decision on a dispositive motion or, if no dispositive motions are filed, 30 days after the close of discovery, i.e. August 18, 2006.** |

Discovery is currently set to close on May 19, 2006. As the parties discussed with the Court during the recent Summary Judgment conference, both parties have discovery issues that need to be resolved before summary judgment motions may be filed, and, once the discovery issues are resolved, both parties will need to travel to Minnesota for defendant's deposition, should that be required. The parties need the additional two months time to ensure that all discovery can be completed before the deadline. Moreover, the parties have begun to discuss

resolving this matter, and the additional time will allow the parties to determine whether they can implement a business resolution without further need for Court intervention.

As further grounds for this Motion, the parties rely on the Memorandum of Law filed herewith.

AMERICAN SURPLUS, INC.
By its Attorney,

Harris K. Weiner (by CKB)

Harris K. Weiner, Esq. (#3779)
The Law Offices of Jeffrey B. Pine, Esq., PC
321 South Main Street
Suite 302
Providence, RI 02903
Phone: (401) 351-8200
Fax: (401) 351-9032

SJF MATERIAL HANDLING, INC.
By its Attorneys,

Christine Bush

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
Phone: (401) 455-0700
Fax: (401) 455-0701

Dated: May 16, 2006

H:\Clients\SJF Material Handling\Pleadings\Joint Motion to Extend Pretrial Deadlines

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICAN SURPLUS, INC.<br>Plaintiff, | : | |
| | : | C.A. No. 05-319S |
| vs. | : | |
| SJF MATERIAL HANDLING, INC.<br>Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO EXTEND CERTAIN DEADLINES IN THE PRETRIAL ORDER**

Plaintiff American Surplus, Inc. and defendant SJF Material Handling, Inc. respectfully request that the Court extend discovery closure, Summary Judgment and Pretrial Memorandum deadlines in the Court's December 1, 2005 Pretrial Order. Discovery currently is set to close on May 19, 2006, with Summary Judgment and Pretrial Memorandum filings to follow. The parties have begun discussing resolution of this matter, and the additional time will allow them to determine whether the parties can negotiate a business resolution without further action from the Court. If the parties are unable to resolve the case, they will need the additional time to ensure that discovery motions scheduled for May 31, 2006 can be heard and depositions can be taken after the additional discovery is produced.

For all these reasons, the parties respectfully request that their Joint Motion be granted to extend the deadlines as set forth therein.

AMERICAN SURPLUS, INC.
By its Attorney,

Harris K. Weiner, Esq. (#3779)
The Law Offices of Jeffrey B. Pine, Esq., PC
321 South Main Street
Suite 302
Providence, RI 02903
Phone: (401) 351-8200
Fax: (401) 351-9032

SJF MATERIAL HANDLING, INC.
By its Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
Phone: (401) 455-0700
Fax: (401) 455-0701

Dated: May 16, 2006

H:\Clients\SJF Material Handling\Pleadings\Mem Joint Motion to Extend Pretrial Deadlines