**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMERICAN SURPLUS, INC.<br>Plaintiff, | : | C.A. No. 05-319S |
| vs. | : | |
| SJF MATERIAL HANDLING, INC.<br>Defendant. | : | |

**JOINT MOTION TO EXTEND CERTAIN DEADLINES IN THE PRETRIAL ORDER**

Plaintiff American Surplus, Inc. and defendant SJF Material Handling, Inc. hereby jointly move for Order of this Court extending deadlines in the Court's December 1, 2005 Pretrial Order as follows:

| | |
|---|---|
| **Close of Discovery:** | **July 19, 2006** |
| **Dispositive Motions Due:** | **August 2, 2006** |
| **Pretrial Memoranda:** | **30 days after a decision on a dispositive motion or, if no dispositive motions are filed, 30 days after the close of discovery, i.e. August 18, 2006.** |

Discovery is currently set to close on May 19, 2006. As the parties discussed with the Court during the recent Summary Judgment conference, both parties have discovery issues that need to be resolved before summary judgment motions may be filed, and, once the discovery issues are resolved, both parties will need to travel to Minnesota for defendant's deposition, should that be required. The parties need the additional two months time to ensure that all discovery can be completed before the deadline. Moreover, the parties have begun to discuss

GRANTED
WEM
William E. Smith
U.S. District Judge
5/17/06