RECEIVED

JUN 19 2006

Property of U.S. District Court
District of Rhode Island

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

AMERICAN SURPLUS, INC., ) Case Number: 05-319S
Plaintiff, )
v. )
SJF MATERIAL HANDLING, INC. )

## VOLUNTARY DISMISSAL

Now comes Plaintiff American Surplus, Inc. in the above referenced action to voluntarily dismiss this matter pursuant to Fed. R. Civ. P. 41(a)(1), with prejudice, with the assent and stipulation of Defendant SJF Material Handling, Inc. Each side shall bear its own costs and attorneys' fees.

Respectfully submitted,
Plaintiff AMERICAN SURPLUS, Inc.
By its Attorney,

6/8/06

Harris K. Weiner, Esq. (#3779)
The Law Offices of Jeffrey B. Pine, Esq. PC
321 South Main St., Suite 302
Providence, RI 02903
Telephone: 401-351-8200
Facsimile: 401-351-9032

Respectfully submitted,
Defendant SJF Material Handling, Inc.
By its Attorney,

Christine Bush, Esq.
Duffy Sweeney & Scott, Ltd
One Turks Head Place, Suite 1200
Providence, RI 02903
Telephone: 401-455-0700
Facsimile: 401-455-0701

ENTER WMM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/22/06