FILED
MAY 30 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

6/23/06. DENIED AS MOOT IN VIEW OF DISMISSAL STIPULATION ENTERED ON 6/22/06. USMJ

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN SURPLUS, INC. Plaintiff, | : | C.A. No. 05-319S |
| vs. | : | |
| SJF MATERIAL HANDLING, INC. Defendant. | : | |

## DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), defendant SJF Material Handling, Inc. ("SJF") hereby moves for an Order of this Court allowing the parties to produce sensitive and proprietary business information under a Protective Order in the form attached hereto as Exhibit A.

**Pursuant to Fed.R.Civ. P. 26(c), SJF hereby certifies that it has, in good faith, conferred or attempted to confer with American Surplus in an effort to resolve the dispute without court action and previously forwarded a copy of the proposed Protective Order to American Surplus for review and comment.**

As grounds for this Motion, SJF relies on the Memorandum of Law filed herewith.

SJF MATERIAL HANDLING, INC.
By its Attorneys,

Craig M. Scott, Esq. # 4237
Christine K. Bush, Esq. # 5587
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
(401) 455-0700
(401) 455-0701 (Fax)

**Referred to U.S.M.J.** Almond
☐ **for findings & recommendations**
☒ **for determination**
☐ ______
**William E. Smith, District Judge**
**Date:** 6/19/06

Dated: May 31, 2006