**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

AMERICAN SURPLUS, INC., ) Case Number: 05-319S
Plaintiff, )
)
v. )
SJF MATERIAL HANDLING, INC. )
Defendant. )

Referred to U.S.M.J.
☐ for findings & recommendation
☒ for determination
☐
William E. Smith, U.S. District Judge
Date 5/1/06

6/23/06: DENIED AS MOOT IN VIEW OF DISMISSAL STIPULATION ENTERED ON 6/22/06.

USMJ

# PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Pursuant to Fed. R. Civ. P. Rules 37(a), American Surplus, Inc. moves this Court for an Order compelling Defendant SJF Material Handling, Inc. to answer fully the remaining disputed interrogatories in Plaintiff's First Set of Interrogatories and to respond to Plaintiff's First Request for Production of Documents as set forth in Plaintiff's accompanying Memorandum of Law in Support of this Motion.

In support of this Motion, Plaintiff states as follows:

1. On February 14, 2006 Plaintiff filed and served its First Request for Production of Documents and First Set of Interrogatories.
2. On or about March 20, 2006 Defendant served purported responses to Plaintiff's First Request for Production of Documents and First Set of Interrogatories.
3. In these initial responses, Defendant refused to provide a large portion of the requested information.
4. Plaintiff has in good faith conferred with the Defendant in an effort to secure the answers and documents without court action.